# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159558 & (39)

LUCIA ZAMORANO, M.D., PLC,
      Plaintiff,
and

OMIC, LLC, doing business as OAKLAND MRI,
      Intervening Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
      Defendant-Appellant.
_____/

SC: 159558
COA: 341327
Wayne CC: 17-000744-NF

     On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motion to hold the case in abeyance is denied as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2019

_____
Clerk